# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

Clifford W. Taylor,
Chief Justice

129037

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF MICHIGAN,
          Plaintiff-Appellee,

v

JOSHUA SIMS,
          Defendant-Appellant.

SC: 129037
COA: 259503
Wayne CC: 01-001259-FH

_____/

      On order of the Court, the application for leave to appeal the April 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

Clerk

11128